# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL LUIS COTA,<br>     Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 83775 |
| MICHAEL LUIS COTA,<br>     Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 83842 ✓ |

**FILED**

DEC 0 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
  DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from a district court "order denying motion to hold John Malone in contempt."[1] Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

               _____, J.
               Parraguirre

_____, J.      _____, J.
Stiglich           Silver

---

[1]It appears that the order was only entered in district court case number 2018-CR-00116.

21- 34573

cc: Hon. Thomas W. Gregory, District Judge
Michael Luis Cota
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk